# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **SHARI HOGG,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**RETAIL BUSINESS SERVICES LLC**,<br><br>Defendant. | CIVIL ACTION<br><br>Case No.: 1:23-cv-613-LCB-JLW<br><br>Hon. Loretta C. Biggs |

## **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Plaintiff Shari Hogg ("Plaintiff"), by way of her Motion for Final Approval of Settlement (which is scheduled for hearing on March 10, 2025 at 11:00 a.m) respectfully requests entry of an order (1) certifying a class for settlement purposes under the Federal Rules of Civil Procedure, Rule 23 (e.g., "Rule 23") and certifying a FLSA collective for settlement purposes under 29 U.S.C. § 216(b) (as defined in the Parties' Collective and Class Action Settlement (hereinafter "Settlement Agreement")); (2) finally approving the Parties' Settlement Agreement; (3) appointing Plaintiff Shari Hogg as Class Representative for the Class/Collective and Plaintiffs' counsel as Class Counsel; and (4) dismissing the action with prejudice.

Plaintiff respectfully submits good cause exists for granting the Motion for the reasons set forth in the concurrently filed documents. Defendant's counsel has reviewed the documents being filed in support of this Motion and does not oppose the relief requested therein.

This Motion is based upon the Memorandum of Points and Authorities and other documents filed herewith, including the Settlement Agreement, the Declaration of Class Counsel, the [Proposed] Order, and the other pleadings and records on file in this action, and the presentations of counsel and such oral or documentary evidence as may be presented at the hearing on this unopposed Motion.

Date: February 10, 2025

Respectfully Submitted,

*/s/ Kevin J. Stoops*
Kevin J. Stoops (admitted *Pro Hac Vice*)
Albert J. Ascuitto (admitted *Pro Hac Vice*)
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Tel: (248) 355-0300
kstoops@sommerspc.com
aascuitto@sommerspc.com

James J. Mills (NC Bar # 35629)
BURNS, DAY & PRESNELL, P.A.
2626 Glenwood Avenue, Suite 560
Raleigh, North Carolina 27608
Tel: (919) 782-1441
jmills@bdppa.com

*Attorneys for the Plaintiff and the Putative Class Members*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will automatically send notice of such filings to all counsel of record.

*/s/ Kevin J. Stoops*
Kevin J. Stoops (admitted *Pro Hac Vice*)